| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Christel, David W. | 2. Court or Organization<br><br>Western District of Washington | 3. Date of Report<br><br>08/05/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Part time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>105 W. Evergreen Blvd.<br>Suite 200<br>Vancouver, WA 98660 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | David W. Christel Attorney at Law, PC |
| 2. | Trustee | David W. Christel Attorney at Law 401 K Plan |
| 3. | Trustee | ▬▬▬▬▬ Trust |
| 4. | Manager/Member | Amen Corner Management, LLC |
| 5. | Manager/Member | Blue Tee Management, LLC |
| 6. | Manager/Member | Double Cut Management, LLC |
| 7. | Manager/Member | Double Eagle Management, LLC |
| 8. | Manager/Member | First Cut Management, LLC |
| 9. | Manager/Member | Front Nine Management, LLC |
| 10. | Member | Garrow Trident, LLC |
| 11. | Manager/Member | Kick Point, LLC |
| 12. | Manager/Member | North Side Group, LLC |
| 13. | Manager/Member | Pelican Bay Management, LLC |
| 14. | Member | Rocklin Northwest, LLC |
| 15. | Member | Silver Lake RV Park, LLC |
| 16. | Attorney in Fact | ▬▬ Christel |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

| | |
|---|---|
| 17. Treasurer | Fort Vancouver High School 2004 Grad Night |
| 18. Partner | Christel & Isley, LLP |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | David W. Christel Attorney at Law, PC (Salary) | $84,000.00 |
| 2. 2013 | David W. Christel Attorney at Law, PC (Business Income) | $260,120.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Battle Ground School District, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Umpqua Bank (formerly Bank of the Cascades) | Mortgage on Commercial Rental (5% of property), Sunnybrook, OR (Pt VII, Line 471) | M |
| 2. | MBank | Mortgage on Residential Rental (Pt VII, Line 491) | L |
| 3. | Columbia Credit Union | Mortgage on Residential Rental (Pt VII, Line 501) | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3 M COMPANY | A | Dividend | | | Buy | 01/28/13 | K | | |
| 2. | | | | | Sold | 03/18/13 | K | A | |
| 3. ABBVIE INC | A | Dividend | | | Buy | 04/23/13 | J | | |
| 4. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 5. | | | | | Sold (part) | 06/17/13 | J | | |
| 6. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 7. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 8. | | | | | Sold | 12/19/13 | K | B | |
| 9. ACCENTURE PLC IRELAND CL A | A | Dividend | | | Sold | 12/04/13 | J | C | |
| 10. ACE LTD | A | Dividend | J | T | Buy (add'l) | 01/31/13 | J | | |
| 11. | | | | | Buy (add'l) | 03/13/13 | K | | |
| 12. | | | | | Sold (part) | 04/22/13 | K | A | |
| 13. | | | | | Buy (add'l) | 05/09/13 | K | | |
| 14. | | | | | Sold (part) | 06/17/13 | K | | |
| 15. ACTIVE BEAR ETF (Y) | | | | | | | | | |
| 16. AETNA INC | | None | J | T | Buy | 11/21/13 | J | | |
| 17. ALLERGAN INC | A | Dividend | | | Sold | 05/02/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALLIANZ NFJ INTL VALUE P | A | Dividend | | | Sold | 06/17/13 | K | B | |
| 19. ALLSTATE CORP | | None | | | Buy | 04/11/13 | K | | |
| 20. | | | | | Sold | 05/20/13 | J | A | |
| 21. AMAZON COM INC | | None | J | T | Buy | 01/09/13 | J | | |
| 22. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 23. AMERICAN ELECTRIC POWER CO | | None | | | Buy | 01/14/13 | K | | |
| 24. | | | | | Sold | 02/06/13 | K | A | |
| 25. AMERICAN EXPRESS CO | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 26. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 27. | | | | | Buy (add'l) | 05/28/13 | K | | |
| 28. | | | | | Sold (part) | 06/12/13 | J | A | |
| 29. | | | | | Sold (part) | 06/17/13 | K | | |
| 30. AMERICAN GRO FD OF AMERICA F1 (Y) | | | | | | | | | |
| 31. AMERICAN GW FD OF AMERICA F2 | | None | | | Sold | 06/17/13 | K | D | |
| 32. AMERICAN TOWER CP CLASS A (Y) | | | | | | | | | |
| 33. AMERICAN TOWER REIT COM (Y) | | | | | | | | | |
| 34. ANADARKO PETE (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. APPLE INC | A | Dividend | K | T | Buy (add'l) | 12/17/13 | J | | |
| 36. AT&T INC | A | Dividend | | | Buy (add'l) | 01/31/13 | J | | |
| 37. | | | | | Sold (part) | 03/18/13 | J | | |
| 38. | | | | | Sold | 05/06/13 | J | A | |
| 39. BANK OF AMERICA CORP | A | Dividend | K | T | Buy (add'l) | 07/10/13 | J | | |
| 40. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 41. BLACKROCK EQUITY DIVIDEND A (Y) | | | | | | | | | |
| 42. BLACROCK EQUITY DIVIDEND I | A | Dividend | | | Sold | 06/17/13 | K | D | |
| 43. BLACKROCK HI YIELD BD PTF A (Y) | | | | | | | | | |
| 44. BLACKROCK HI YIELD BD PTF INST | B | Dividend | L | T | Buy (add'l) | 06/17/13 | J | | |
| 45. | | | | | Buy (add'l) | 09/19/13 | K | | |
| 46. BLACKSTONE GROUP LP | A | Int./Div. | J | T | | | | | |
| 47. BOEING CO | A | Dividend | | | Buy | 04/26/13 | K | | |
| 48. | | | | | Sold | 06/24/13 | K | A | |
| 49. BORG WARNER (Y) | | | | | | | | | |
| 50. BRISTOL MYERS SQUIBB CO | | None | J | T | Buy | 12/19/13 | J | | |
| 51. CALL AMERICAN EXPRESS CO EXPIRES 07/20/13 (X) | | None | | | Sold | 05/28/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CALL ANADARKO PETROLEUM EXPIRES 09/22/2012 (Y) | | | | | | | | | |
| 53. CALL AT&T EXPIRES 04/21/2012 (Y) | | | | | | | | | |
| 54. CALL BOEING CO EXPIRES 06/22/13 (X) | None | | | | Sold | 04/26/13 | J | | |
| 55. CALL CBS CORP NEW CL B SHARES EXPIRES 09/22/2012 (Y) | | | | | | | | | |
| 56. CALL CBS CORP NEW CL B SHARES EXPIRES 03/16/13 (X) | None | | | | Sold | 02/14/13 | J | | |
| 57. CALL CBS CORP NEW CL B SHARES EXPIRES 06/22/13 (X) | None | | | | Sold | 05/13/13 | J | A | |
| 58. CALL CHEVRON TEXACO CORP EXPIRES 12/22/2012 (Y) | | | | | | | | | |
| 59. CALL EBAY INC EXPIRES 07/21/2012 (Y) | | | | | | | | | |
| 60. CALL GENERAL ELECTRIC CO EXPIRES 02/18/2012 (Y) | | | | | | | | | |
| 61. CALL GENERAL ELECTRIC CO EXPIRES 06/22/13 (X) | None | | | | Sold | 04/10/13 | J | | |
| 62. CALL GENERAL DYNAMIC'S CORP EXPIRES 02/16/13 (X) | None | | | | Sold | 02/22/13 | J | | |
| 63. CALL HONEYWELL INTL EXPIRES 12/22/2012 (Y) | | | | | | | | | |
| 64. CALL JP MORGAN CHASE&CO EXPIRES (Y) | | | | | | | | | |
| 65. CALL JP MORGAN CHASE & CO EXPIRES 04/20/13 (X) | None | | | | Sold | 03/08/13 | J | A | |
| 66. CALL JP MORGAN CHASE & CO EXPIRES 06/22/13 (X) | None | | | | Sold | 06/22/13 | J | | |
| 67. CALL MICROSOFT CORP EXPIRES 02/18/2012 (Y) | | | | | | | | | |
| 68. CALL MONDELEZ INTL INC COM EXPIRES 07/20/13 (X) | None | | | | Sold | 05/22/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CALL MONSANTO CO NEW EXPIRES 04/20/13 (X) | | None | | | Sold | 03/08/13 | J | | |
| 70. CALL PROCTER & GAMBLE EXPRIES 02/16/13 | | None | J | T | Buy | 01/30/13 | J | | |
| 71. CALL TARGET CORP EXPIRES 03/17/2012 (Y) | | | | | | | | | |
| 72. CALL TEXAS INSTRUMENTS EXPIRES 11/17/2012 (Y) | | | | | | | | | |
| 73. CALL UNITED TECHNOLOGIES EXPIRES 03/17/2012 (Y) | | | | | | | | | |
| 74. CALL UNITED TECHNOLOGIES EXPIRES 05/18/13 (X) | | None | | | Sold | 03/28/13 | J | | |
| 75. CALL WELLS FARGO & CO NEW EXPIRES 05/18/13 (X) | | None | | | Sold | 03/26/13 | J | | |
| 76. CALL WILLIAMS CO EXPIRES 12/22/2012 (Y) | | | | | | | | | |
| 77. CALL WILLIAMS CO EXPIRES 06/22/13 (X) | | None | | | Sold | 04/29/13 | J | A | |
| 78. CARDINAL HEALTH INC (Y) | | | | | | | | | |
| 79. CAPITAL ONE FINANCIAL CORP | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 80. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 81. CATERPILLAR INC | A | Dividend | | | Sold (part) | 01/08/13 | J | B | |
| 82. | | | | | Sold (part) | 03/04/13 | J | A | |
| 83. | | | | | Sold | 04/16/13 | J | | |
| 84. CBS CORP NEW CL B SHARES | A | Dividend | J | T | Buy | 01/31/13 | J | | |
| 85. | | | | | Buy (add'l) | 02/14/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/07/13 | K | A | |
| 87. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 88. | | | | | Buy (add'l) | 05/13/13 | K | | |
| 89. | | | | | Sold (part) | 06/17/13 | K | | |
| 90. CDN PACIFIC RY LTD NEW | | None | J | T | Buy | 10/14/13 | J | | |
| 91. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 92. CELGENE CORP | | None | J | T | Sold (part) | 04/25/13 | J | B | |
| 93. CENTRIAS ELECTICAS CO ADR | A | Dividend | J | T | | | | | |
| 94. CF INDUSTRIES HOLDINGS, INC | A | Dividend | J | T | Buy | 12/13/13 | J | | |
| 95. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 96. CHEVRON | A | Dividend | | | Buy (add'l) | 04/09/13 | J | | |
| 97. | | | | | Sold (part) | 05/15/13 | J | A | |
| 98. | | | | | Sold (part) | 08/07/13 | J | B | |
| 99. | | | | | Sold | 12/05/13 | J | C | |
| 100. CISCO SYS INC | A | Dividend | | | Buy (add'l) | 02/08/13 | J | | |
| 101. | | | | | Sold (part) | 03/18/13 | J | A | |
| 102. | | | | | Sold | 11/15/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CITIGROUP CALLABLE LEVERAGED CMS DUE 2026-03 (Y) | | | | | | | | | |
| 104. CLOROX CO DE (Y) | | | | | | | | | |
| 105. COACH INC | | None | | | Sold (part) | 01/22/13 | J | | |
| 106. | | | | | Sold (part) | 01/31/13 | J | B | |
| 107. | | | | | Sold | 02/08/13 | J | | |
| 108. COCA COLA CO | A | Dividend | | | Buy | 01/29/13 | J | | |
| 109. | | | | | Sold | 03/13/13 | J | A | |
| 110. COLGATE PALMOLIVE CO | A | Dividend | | | Buy (add'l) | 01/08/13 | K | | |
| 111. | | | | | Sold (part) | 02/19/13 | K | A | |
| 112. | | | | | Sold | 03/18/13 | J | B | |
| 113. COSTCO WHOLESALE CORP NEW | A | Dividend | J | T | | | | | |
| 114. COVIDIEN PLC NEW | A | Dividend | J | T | | | | | |
| 115. CROWN CASTLE INTL | | None | | | Buy | 05/06/13 | J | | |
| 116. | | | | | Sold | 07/31/13 | J | | |
| 117. CVS CAREMARK CORP | A | Dividend | J | T | Buy (add'l) | 01/09/13 | K | | |
| 118. | | | | | Sold (part) | 01/23/13 | J | A | |
| 119. | | | | | Buy (add'l) | 03/20/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 05/20/13 | K | A | |
| 121. DANAHER CORPORATION | A | Dividend | J | T | | | | | |
| 122. DAVIS NEW YORK VENTURE Y (Y) | | | | | | | | | |
| 123. DELAWARE TX-FR USA INTERMED A | A | Dividend | | | Sold | 06/17/13 | J | A | |
| 124. DISCOVER FINANCIAL SERVICES (Y) | | | | | | | | | |
| 125. DREYFUS INTL BOND I | A | Dividend | K | T | Buy (add'l) | 04/10/13 | J | | |
| 126. | | | | | Sold (part) | 05/30/13 | J | | |
| 127. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 128. DU PONT EL DE NEMOURS & CO (Y) | | | | | | | | | |
| 129. DUKE ENERGY CORP NEW | | None | | | Buy | 01/07/13 | J | | |
| 130. | | | | | Sold | 02/13/13 | J | A | |
| 131. DWS MANAGED MUNI BOND A DIV | A | Dividend | | | Sold | 11/13/13 | J | | |
| 132. EBAY | | None | | | Buy | 07/12/13 | J | | |
| 133. | | | | | Sold | 11/21/13 | J | | |
| 134. EMC CORP MASS (X) | | None | | | Sold (part) | 01/10/13 | J | B | |
| 135. | | | | | Sold | 02/13/13 | J | B | |
| 136. EMERSON ELECTRIC CO | A | Dividend | | | Buy | 04/26/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 05/15/13 | K | A | |
| 138. ENERGY TRANSFER PARTNERS L P | A | Interest | J | T | | | | | |
| 139. ENTERPRISE PROD PARTNERS L.P. | A | Interest | J | T | | | | | |
| 140. EXELON CORP | A | Dividend | | | Buy | 04/29/13 | K | | |
| 141. | | | | | Sold | 05/13/13 | K | | |
| 142. EXXON MOBIL CORP | A | Dividend | | | Buy (add'l) | 01/08/13 | K | | |
| 143. | | | | | Sold (part) | 02/07/13 | K | A | |
| 144. | | | | | Buy (add'l) | 03/22/13 | K | | |
| 145. | | | | | Sold (part) | 04/10/13 | J | A | |
| 146. | | | | | Sold | 04/15/13 | K | | |
| 147. FACEBOOK INC CL-A | | None | K | T | | | | | |
| 148. FEDEX CORP | A | Dividend | | | Buy | 01/09/13 | J | | |
| 149. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 150. | | | | | Sold | 06/21/13 | J | A | |
| 151. FIDELITY ADV SH-INT MUNI INC A (Y) | | | | | | | | | |
| 152. FIDELITY ADV SH-INT MUNI INC I | A | Dividend | | | Sold | 06/17/13 | J | | |
| 153. FIRST EAGLE GOLD I | | None | | | Sold | 04/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. FIRST TRUST HEALTH CARE ALPHA ETF | A | Dividend | M | T | Sold (part) | 01/24/13 | J | A | |
| 155. | | | | | Buy (add'l) | 03/05/13 | K | | |
| 156. | | | | | Buy (add'l) | 06/17/13 | K | | |
| 157. | | | | | Sold (part) | 10/25/13 | K | | |
| 158. | | | | | Buy (add'l) | 11/22/13 | K | | |
| 159. FIRST TRUST CONSUMER STAPLES ETF (Y) | | | | | | | | | |
| 160. FIRST TRUST DJ INTERNET INDEX | | None | L | T | Buy | 01/07/13 | J | | |
| 161. | | | | | Buy (add'l) | 01/15/13 | J | | |
| 162. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 163. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 164. FIRST TRUST EUROPE | A | Dividend | L | T | Buy | 10/17/13 | K | | |
| 165. | | | | | Buy (add'l) | 10/30/13 | J | | |
| 166. FIRST TRUST INDS/PRODS ETF | A | Dividend | K | T | Buy | 11/14/13 | K | | |
| 167. FIRST TRUST MILD CAP CORE ETF (Y) | | | | | | | | | |
| 168. FIRST TRUST SMALL CAP CORE ETF (Y) | | | | | | | | | |
| 169. FIRST TRUST SMALL CAP VALE | A | Dividend | K | T | Buy | 07/23/13 | K | | |
| 170. FORD MOTOR CO NEW | A | Dividend | | | Buy | 01/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 172. | | | | | Buy (add'l) | 04/23/13 | J | | |
| 173. | | | | | Sold | 12/18/13 | J | B | |
| 174. FRANKLIN HI YIELD TX FR ADV | A | Dividend | | | Sold | 06/17/13 | J | A | |
| 175. FRANKLIN RESOURCES INC (Y) | | | | | | | | | |
| 176. GENERAL ELECTRIC CO | A | Dividend | J | T | Buy (add'l) | 04/10/13 | K | | |
| 177. | | | | | Sold (part) | 06/20/13 | K | A | |
| 178. GENERAL DYNAMICS CORP | A | Dividend | J | T | Buy | 02/22/13 | K | | |
| 179. | | | | | Sold (part) | 04/10/13 | K | A | |
| 180. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 181. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 182. GENERAL MILLS INC (Y) | | | | | | | | | |
| 183. GENERAL MOTORS CORP (Y) | | | | | | | | | |
| 184. GILEAD SCIENCE | | None | J | T | Sold (part) | 06/05/13 | J | B | |
| 185. GOLDMAN SACH GRP INC | A | Dividend | | | Sold | 08/30/13 | K | A | |
| 186. GOLDMAN SACHS GRW OPPORT 1 | | None | | | Sold | 06/17/13 | K | B | |
| 187. GOLDMAN SACHS STRATEGIC INC 1 | A | Dividend | K | T | Buy | 09/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 189. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 190. GOOGLE INC-CL A | | None | J | T | | | | | |
| 191. GUGG RUSSELL TOP 50 MEG CP ETF | | None | | | Sold | 01/09/13 | J | A | |
| 192. GUGGENHEIM RUSSELL TOP 50 ETF | A | Dividend | | | Sold | 01/15/13 | K | C | |
| 193. GUGGENHEIM S&P 500 EQU WEIGHT | B | Dividend | M | T | Buy | 01/15/13 | K | | |
| 194. | | | | | Sold (part) | 01/24/13 | J | A | |
| 195. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 196. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 197. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 198. | | | | | Buy (add'l) | 06/17/13 | K | | |
| 199. GUGGENHEIM SPIN OFF ETF | A | Dividend | K | T | Buy | 10/17/13 | K | | |
| 200. | | | | | Buy (add'l) | 10/30/13 | J | | |
| 201. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 202. H J HEINZ | | None | | | Sold | 01/07/13 | J | A | |
| 203. HANCOCK HORIZON BURKENROAD A | A | Dividend | | | Sold | 06/17/13 | J | B | |
| 204. HEALTH CARE SEL SECT SPDR FUND (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. HERSHEY | | None | | | Buy | 01/09/13 | J | | |
| 206. | | | | | Sold | 01/31/13 | K | B | |
| 207. HOME DEPOT INC | | None | | | Buy | 01/31/13 | K | | |
| 208. | | | | | Sold | 03/12/13 | K | A | |
| 209. HONEYWELL INTERNATIONAL INC | A | Dividend | J | T | | | | | |
| 210. INDUSTRIAL SEL SEC SPDR FUND | A | Dividend | | | Buy | 01/07/13 | J | | |
| 211. | | | | | Buy (add'l) | 01/15/13 | J | | |
| 212. | | | | | Sold | 03/22/13 | K | B | |
| 213. INTEL CORP | A | Dividend | | | Buy | 01/08/13 | J | | |
| 214. | | | | | Sold | 02/20/13 | J | | |
| 215. INTL BUSINESS MACHINES CORP (Y) | | | | | | | | | |
| 216. INVESCO CONVERT SECURITIES A (Y) | | | | | | | | | |
| 217. INVESCO CONVERT SECURITIES Y | A | Dividend | | | Sold (part) | 06/05/13 | J | A | |
| 218. | | | | | Sold | 06/17/13 | J | A | |
| 219. INVESCO EQUITY AND INCOME A | | None | | | Sold | 01/24/13 | J | A | |
| 220. INVESCO GLOBAL CORE EQUITY A | | None | | | Sold | 01/24/13 | J | | |
| 221. INVESCO HIGH YIELD MUNI A | A | Dividend | | | Sold | 12/20/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. INVESCO INTL SMALL COMPANY | | None | | | Sold (part) | 04/10/13 | J | A | |
| 223. | | | | | Sold | 06/17/13 | J | A | |
| 224. INVESCO MUNI INCOME Y | A | Dividend | | | Sold | 11/13/13 | J | | |
| 225. INVESCO VK HIGH YIELD MUNI A | A | Dividend | | | Sold | 12/20/13 | K | | |
| 226. INVESCO VK MUNI INCOME | A | Dividend | | | Sold | 11/13/13 | J | | |
| 227. IRONWOOD INSTITUTE MS LLC | D | Dividend | M | T | Buy | 07/18/13 | L | | |
| 228. | | | | | Buy (add'l) | 11/30/13 | J | | |
| 229. ISHARES 7-10 YR TREASURY BOND ETF | A | Dividend | | | Buy | 09/24/13 | K | | |
| 230. | | | | | Sold | 11/12/13 | K | | |
| 231. ISHARES BARCLAYS 20+YR TSY BOND | A | Dividend | | | Sold | 01/03/13 | K | | |
| 232. ISHARES FTSE NAREIT RESIDENT (Y) | | | | | | | | | |
| 233. ISHARES DOW JONES US CONS CYCLCL | A | Dividend | L | T | Buy | 03/07/13 | J | | |
| 234. | | | | | Buy (add'l) | 03/22/13 | J | | |
| 235. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 236. | | | | | Buy (add'l) | 06/17/13 | K | | |
| 237. ISHARES IBOXX $ H/Y CORP BOND | B | Dividend | | | Sold | 12/20/13 | K | A | |
| 238. ISHARES MSCI EMERGING MARKETS FUND (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. ISHARES RUSSELL 1000 GR INDEX | | None | | | Sold (part) | 01/24/13 | J | A | |
| 240. | | | | | Sold | 02/26/13 | K | D | |
| 241. ISHARES S&P MIDCAP 400 GROWTH (Y) | | | | | | | | | |
| 242. ISHARES S&P MIDCAP 400 INDEX | A | Dividend | K | T | Buy (add'l) | 01/15/13 | J | | |
| 243. | | | | | Sold (part) | 01/24/13 | J | A | |
| 244. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 245. | | | | | Sold (part) | 04/16/13 | J | B | |
| 246. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 247. JP MORGAN MIDCAP VALUE A (Y) | | | | | | | | | |
| 248. JP MORGAN MIDCAP VALUE S | | None | | | Sold | 06/17/13 | K | C | |
| 249. JPMORGAN CHASE & CO | A | Dividend | J | T | Buy (add'l) | 03/08/13 | K | | |
| 250. | | | | | Sold (part) | 03/27/13 | K | | |
| 251. | | | | | Buy (add'l) | 05/13/13 | K | | |
| 252. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 253. | | | | | Sold (part) | 06/24/13 | K | A | |
| 254. KELLOGG CO (Y) | | | | | | | | | |
| 255. KOHLS CORPORATION WISC (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. KRAFT FOODS INC CL A (Y) | | | | | | | | | |
| 257. LIMITED BRANDS INC (Y) | | | | | | | | | |
| 258. LYONDELLBASELL NV CL-A | A | Distribution | J | T | Buy | 05/06/13 | J | | |
| 259. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 260. MACY'S INC | | None | J | T | Buy | 10/30/13 | J | | |
| 261. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 262. MAINSTAY LARGE CAP GRW A | | None | | | Sold | 01/15/13 | K | | |
| 263. MAINSTAY LARGE CAP GRW I | | None | | | Buy | 01/15/13 | K | | |
| 264. | | | | | Sold | 06/17/13 | K | C | |
| 265. MALLINCKRODT PUBLIC LTD CO (X) | | None | | | Sold | 08/07/13 | J | | |
| 266. MARATHON OIL CO (Y) | | | | | | | | | |
| 267. MARKET VECTORS GOLD MINERS (Y) | | | | | | | | | |
| 268. MCDONALDS CORP | A | Dividend | | | Buy | 02/07/13 | K | | |
| 269. | | | | | Sold | 02/27/13 | K | A | |
| 270. | | | | | Buy | 04/23/13 | K | | |
| 271. | | | | | Sold | 06/17/13 | K | | |
| 272. MCKESSON CORP | A | Dividend | J | T | Buy | 05/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 274. MEAD JOHNSON NUTRITION COMPANY | A | Dividend | | | Sold | 03/07/13 | J | | |
| 275. MEDTRONIC INC | | None | | | Sold | 01/22/13 | J | | |
| 276. METLIFE INCORPORATED | A | Dividend | J | T | Buy | 03/22/13 | K | | |
| 277. | | | | | Sold (part) | 05/07/13 | J | | |
| 278. | | | | | Buy (add'l) | 10/11/13 | J | | |
| 279. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 280. MICROSOFT CORP | A | Dividend | | | Sold (part) | 01/10/13 | J | | |
| 281. | | | | | Sold | 04/22/13 | K | | |
| 282. MITSUBISHI UFJ FINCL GRP ADS | A | Dividend | | | Sold | 12/20/13 | J | | |
| 283. MONDELEZ INTL INC COM | | None | | | Buy | 05/22/13 | K | | |
| 284. | | | | | Sold | 06/17/13 | K | | |
| 285. MONSANTO CO/NEW | A | Dividend | J | T | Buy (add'l) | 03/08/13 | K | | |
| 286. | | | | | Sold (part) | 04/22/13 | K | | |
| 287. | | | | | Sold (part) | 06/28/13 | J | B | |
| 288. | | | | | Sold (part) | 08/23/13 | J | A | |
| 289. | | | | | Buy (add'l) | 11/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. MORGAN STANLEY MONEY MARKET ACCOUNT (Y) | | | | | | | | | |
| 291. MS 8.15% CNTG COUPON NOTE LINKED TO S&p 500 RATE | B | Interest | K | T | | | | | |
| 292. MS AUTOCALL ON CATERPILLAR DUE 2012-07-25 (Y) | | | | | | | | | |
| 293. MORGAN STANLEY ACTIVE ASSETS TAX FR TRUST | A | Interest | K | T | | | | | |
| 294. MORGAN STANLEY BANK ACCOUNT #1 | A | Interest | J | T | | | | | |
| 295. MORGAN STANLEY BANK ACCOUNT NUMBER #2 | A | Interest | K | T | | | | | |
| 296. MORGAN STANLEY BANK ACCOUNT #3 | A | Interest | K | T | | | | | |
| 297. MORGAN STANLEY BANK ACCOUNT #4 | A | Interest | K | T | | | | | |
| 298. MORGAN STANLEY BANK ACCOUNT #5 (Y) | | | | | | | | | |
| 299. MORGAN STANLEY BANK ACCOUNT #7 | C | Interest | L | T | | | | | |
| 300. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | | | Sold | 12/20/13 | J | | |
| 301. MS FOCUS GROWTH FUND A | | None | | | Sold | 01/24/13 | J | A | |
| 302. MS INTERNATIONAL VALUE EQ A | A | Dividend | J | T | | | | | |
| 303. MS US GOVERNMENT SEC TR B | A | Dividend | | | Sold | 01/24/13 | J | | |
| 304. MSIF INTL EQUITY H | | None | | | Sold | 01/24/13 | K | A | |
| 305. MSIF SMALL CO GROWTH PTF H | | None | | | Sold | 01/24/13 | J | A | |
| 306. MSIF US REAL ESTATE PTF H | | None | | | Sold | 01/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. MYLAN | | None | J | T | Buy | 09/19/13 | J | | |
| 308. | | | | | Buy (add'l) | 10/11/13 | J | | |
| 309. NEUBERGER BERMAN LG SH INST | A | Dividend | K | T | Buy | 10/17/13 | K | | |
| 310. NIKE B (Y) | | | | | | | | | |
| 311. NOBLE ENERGY | A | Dividend | J | T | Buy | 05/21/13 | J | | |
| 312. NUCOR | A | Dividend | | | Buy | 02/14/13 | J | | |
| 313. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 314. | | | | | Sold | 11/21/13 | J | A | |
| 315. NUVEEN REAL ESTATE SEC FUND A (Y) | | | | | | | | | |
| 316. NUVEEN REAL ESTATE SEC FUND I | A | Dividend | | | Sold | 06/17/13 | J | B | |
| 317. NUVEEN TRADEWINDS INTL VAL A (Y) | | | | | | | | | |
| 318. NUVEEN TRADEWINDS INTL VAL I (Y) | | | | | | | | | |
| 319. NUVEEN TRADEWINDS VAL OPPORT A (Y) | | | | | | | | | |
| 320. NUVEEN TRADEWINDS VAL OPPORT I (Y) | | | | | | | | | |
| 321. OCCIDENTAL PETROLEUM | | None | | | Sold | 01/22/13 | K | | |
| 322. ORACLE | A | Dividend | | | Sold | 10/18/13 | J | A | |
| 323. PEPSICO | A | Dividend | | | Buy | 04/23/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 06/17/13 | K | | |
| 325. PFIZER | | None | | | Buy | 01/08/13 | K | | |
| 326. | | | | | Sold | 01/30/13 | K | A | |
| 327. | | | | | Buy | 03/26/13 | K | | |
| 328. | | | | | Sold | 05/08/13 | K | A | |
| 329. PHILIP MORRIS | | None | | | Buy | 03/01/13 | K | | |
| 330. | | | | | Sold | 03/26/13 | K | A | |
| 331. | | | | | Buy | 05/22/13 | K | | |
| 332. | | | | | Sold | 06/17/13 | K | | |
| 333. PHILLIPS 66 | A | Dividend | J | T | Buy | 11/06/13 | J | | |
| 334. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 335. PIMCO ALL ASSET ALL AUTH P | C | Dividend | K | T | Sold (part) | 01/24/13 | J | | |
| 336. | | | | | Sold (part) | 05/30/13 | J | | |
| 337. | | | | | Sold (part) | 06/11/13 | J | | |
| 338. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 339. | | | | | Sold (part) | 06/17/13 | J | | |
| 340. | | | | | Sold (part) | 06/21/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. PNC FINL (Y) | | | | | | | | | |
| 342. POWERSHARES DYN ENERGY ETF (Y) | | | | | | | | | |
| 343. POWERSHARES QQQ TR | A | Dividend | | | Sold (part) | 01/09/13 | J | B | |
| 344. | | | | | Sold (part) | 01/24/13 | J | A | |
| 345. | | | | | Sold (part) | 02/26/13 | K | B | |
| 346. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 347. | | | | | Sold | 07/23/13 | K | D | |
| 348. PRAXAIR | A | Dividend | J | T | | | | | |
| 349. PROCTER & GAMBLE | A | Dividend | | | Buy | 01/14/13 | J | | |
| 350. | | | | | Sold | 01/30/13 | K | B | |
| 351. PROSHARES CREDIT SUISSE | | None | J | T | Buy | 01/04/13 | K | | |
| 352. | | | | | Buy (add'l) | 01/29/13 | J | | |
| 353. PRUDENTIAL FINANCIAL (Y) | | | | | | | | | |
| 354. PROSHARES LARGE CAP CORE PLUS | A | Dividend | M | T | Buy | 03/05/13 | J | | |
| 355. | | | | | Buy (add'l) | 03/22/13 | J | | |
| 356. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 357. | | | | | Buy (add'l) | 06/17/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 26 of 44

**Name of Person Reporting**

Christel, David W.

**Date of Report**

08/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 359. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 360. PRUDENTIAL SHORT TERM CORP BD Z | A | Dividend | | | Sold (part) | 01/24/13 | J | A | |
| 361. | | | | | Sold (part) | 01/29/13 | J | A | |
| 362. | | | | | Sold (part) | 03/07/13 | J | A | |
| 363. | | | | | Sold (part) | 04/10/13 | J | A | |
| 364. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 365. | | | | | Sold (part) | 09/05/13 | K | | |
| 366. | | | | | Sold | 11/13/13 | J | | |
| 367. QUALCOMM | A | Dividend | J | T | Buy (add'l) | 01/09/13 | J | | |
| 368. | | | | | Sold (part) | 02/07/13 | J | A | |
| 369. RAYTHEON | | None | | | Buy | 05/21/13 | J | | |
| 370. | | | | | Sold | 06/17/13 | J | A | |
| 371. RENAISSANCE RE HOLDINGS | A | Dividend | J | T | Sold (part) | 05/16/13 | J | B | |
| 372. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 373. ROYCE 100 FUND INVESTMENT (Y) | | | | | | | | | |
| 374. ROYCE 100 FUND SERV (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. RYDEX RUSSELL TOP 50 ETF | | None | J | T | | | | | |
| 376. S&P NORTH AMERICAN TECH SOFT (Y) | | | | | | | | | |
| 377. SANDISK | | None | | | Buy | 01/16/13 | J | | |
| 378. | | | | | Buy (add'l) | 03/13/13 | J | | |
| 379. | | | | | Sold | 08/07/13 | J | B | |
| 380. SBA COMMUNICATIONS | | None | J | T | Buy (add'l) | 01/08/13 | J | | |
| 381. SCORPIO TANKERS | A | Dividend | J | T | | | | | |
| 382. SCHLUMBERGER | A | Dividend | | | Sold | 06/04/13 | J | | |
| 383. SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 384. SKYBRIDGE MUL-ADVISOR SER G ADV | | None | M | T | Buy | 07/30/13 | L | | |
| 385. | | | | | Buy (add'l) | 12/30/13 | L | | |
| 386. SOUTHERN CO (Y) | | | | | | | | | |
| 387. SPDR GOLD TR GOLD SHS | | None | | | Sold (part) | 02/20/13 | K | | |
| 388. | | | | | Sold | 04/11/13 | K | B | |
| 389. SPDR S&P REGIONAL BANKING ETF | | None | K | T | Buy | 07/02/13 | J | | |
| 390. ST. JUDE MEDICAL (Y) | | | | | | | | | |
| 391. TARGET | A | Dividend | | | Sold (part) | 01/31/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 04/16/13 | J | A | |
| 393. TCW GALILEO EMERG MARKETS INC I | B | Dividend | K | T | Sold (part) | 06/11/13 | J | A | |
| 394. | | | | | Sold (part) | 06/17/13 | J | A | |
| 395. TCW GALILEO TOTAL RETURN BOND I | B | Dividend | K | T | Sold (part) | 06/11/13 | J | A | |
| 396. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 397. | | | | | Sold (part) | 09/05/13 | J | | |
| 398. TEMPLETON GLOBAL BOND FUND ADV | B | Dividend | L | T | Buy (add'l) | 06/17/13 | J | | |
| 399. TEMPLETON GLOBAL BOND FUND C | A | Dividend | J | T | | | | | |
| 400. TEVA PHARMACEUTICALS ADR (Y) | | | | | | | | | |
| 401. TEXAS INSTRUMENTS (Y) | | | | | | | | | |
| 402. THE FINANCIAL SEL SECT SPDR FUND | A | Dividend | | | Buy | 05/30/13 | J | | |
| 403. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 404. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 405. | | | | | Buy (add'l) | 07/16/13 | J | | |
| 406. | | | | | Sold | 09/30/13 | K | | |
| 407. THE TECHNOLOGY SEL SECT SPDR FD | A | Dividend | | | Sold | 01/07/13 | K | C | |
| 408. THORNBURG DEVELOPING WORLD I | A | Dividend | K | T | Buy | 02/04/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 02/05/13 | K | | |
| 410. | | | | | Sold (part) | 06/17/13 | J | A | |
| 411. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 412. | | | | | Sold (part) | 06/18/13 | K | A | |
| 413. | | | | | Sold (part) | 07/01/13 | J | | |
| 414. THORNBURG INTL VALUE I | A | Dividend | | | Sold | 06/17/13 | K | | |
| 415. TIME WARNER INC NEW | A | Dividend | J | T | Buy | 09/19/13 | J | | |
| 416. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 417. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 418. TOUCHSTONE MERGER ARBITRAGE Y (X) | B | Dividend | L | T | Buy | 02/28/13 | K | | |
| 419. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 420. | | | | | Buy (add'l) | 06/17/13 | K | | |
| 421. | | | | | Buy (add'l) | 06/21/13 | K | | |
| 422. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 423. TUPPERWARE BRANDS CORP (Y) | | | | | | | | | |
| 424. TWENTY-FIRST CENTURY FOX CL A | A | Dividend | J | T | Buy | 08/08/13 | J | | |
| 425. | | | | | Buy (add'l) | 09/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 427. TWITTER INC (X) | | None | J | T | | | | | |
| 428. UMPQUA HOLDINGS CORP | A | Dividend | | | Sold | 10/25/13 | K | | |
| 429. UNITED PARCEL SERVICE INC CL B | A | Dividend | | | Buy | 01/28/13 | K | | |
| 430. | | | | | Sold | 02/21/13 | K | A | |
| 431. UNITED TECHNOLOGIES CORP | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 432. | | | | | Buy (add'l) | 03/28/13 | K | | |
| 433. | | | | | Buy (add'l) | 05/06/13 | J | | |
| 434. | | | | | Sold (part) | 05/15/13 | K | A | |
| 435. UNION PACIFIC CORP | A | Dividend | J | T | | | | | |
| 436. UNITED HEALTH GP INC | A | Dividend | J | T | Buy | 02/08/13 | J | | |
| 437. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 438. | | | | | Buy (add'l) | 05/09/13 | K | | |
| 439. | | | | | Sold (part) | 06/13/13 | K | A | |
| 440. | | | | | Sold (part) | 09/18/13 | J | B | |
| 441. V F CORPORATION | | None | | | Sold | 01/07/13 | J | | |
| 442. VANGUARD MSCI EMRG MKTS (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 44

**Name of Person Reporting**

**Christel, David W.**

**Date of Report**

08/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. VANGUARD REIT ETF (Y) | | | | | | | | | |
| 444. VERIZON COMMUNICATIONS | | None | | | Buy | 01/30/13 | J | | |
| 445. | | | | | Sold | 03/18/13 | J | A | |
| 446. VIRTUS INSIGHT EMERG MARKETS I | | None | | | Sold (part) | 01/24/13 | J | A | |
| 447. | | | | | Sold (part) | 02/04/13 | K | C | |
| 448. | | | | | Sold | 02/15/13 | K | B | |
| 449. VISA INC CL A | A | Dividend | K | T | | | | | |
| 450. VODAFONE GP PLC ADS NEW (Y) | | | | | | | | | |
| 451. WAL MART STORES INC | | None | | | Buy | 01/29/13 | J | | |
| 452. | | | | | Sold | 02/19/13 | J | A | |
| 453. | | | | | Buy | 03/28/13 | K | | |
| 454. | | | | | Sold | 05/07/13 | K | A | |
| 455. WALT DISNEY CO HOLDING CO | A | Dividend | | | Buy (add'l) | 01/31/13 | K | | |
| 456. | | | | | Sold (part) | 03/18/13 | K | A | |
| 457. | | | | | Sold | 09/19/13 | J | C | |
| 458. WASHINGTON FEDERAL INC | A | Dividend | J | T | | | | | |
| 459. WATSON PHARMACEUTICAL INC (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. WELLPOINT INC (Y) | | | | | | | | | |
| 461. WELLS FARGO & CO NEW | A | Dividend | | | Buy (add'l) | 03/26/13 | K | | |
| 462. | | | | | Sold (part) | 05/08/13 | K | A | |
| 463. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 464. | | | | | Sold | 10/11/13 | J | A | |
| 465. WEYERHAEUSER CO (Y) | | | | | | | | | |
| 466. WILLIAMS CO INC | A | Dividend | J | T | Sold (part) | 01/22/13 | K | | |
| 467. | | | | | Buy (add'l) | 02/08/13 | K | | |
| 468. | | | | | Sold (part) | 04/22/13 | K | | |
| 469. | | | | | Buy (add'l) | 04/29/13 | K | | |
| 470. | | | | | Sold (part) | 06/04/13 | J | B | |
| 471. | | | | | Sold (part) | 06/17/13 | J | | |
| 472. WILLIAMS SONOMA | A | Dividend | J | T | Buy (add'l) | 05/21/13 | J | | |
| 473. WISDOMTREE EQUITY INCOME FUND | B | Dividend | | | Sold (part) | 01/24/13 | J | A | |
| 474. | | | | | Buy (add'l) | 06/17/13 | K | | |
| 475. | | | | | Sold | 08/22/13 | M | D | |
| 476. WISDOMTREE TRUST JAPAN HEDGE EQ | B | Dividend | M | T | Buy | 04/10/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 478. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 479. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 480. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 481. | | | | | Buy (add'l) | 09/19/13 | K | | |
| 482. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 483. WPX ENERGY INC (Y) | | | | | | | | | |
| 484. YUM BRANDS INC | A | Dividend | | | Buy (add'l) | 03/13/13 | J | | |
| 485. | | | | | Sold (part) | 04/15/13 | J | | |
| 486. | | | | | Distributed | 10/25/13 | J | | |
| 487. COLUMBIA COMMUNITY CREDIT UNION ACCOUNTS | A | Interest | M | T | | | | | |
| 488. OVERTON LOAN (X) | A | Interest | L | T | | | | | |
| 489. PACIFIC CONTINENTAL BANK (X) | A | Interest | J | T | | | | | |
| 490. RENTAL PROPERTY, VANCOUVER, WA (AMEN CORNER MGMT, LLC) | B | Rent | L | W | | | | | |
| 491. RENTAL PROPERTY, VANCOUVER, WA (BLUE TEE MGMT, LLC) | A | Rent | J | W | | | | | |
| 492. RENTAL PROPERTY, SUNNYBROOK, OR (DOUBLE CUT MGMT, LLC) | C | Rent | N | W | | | | | |
| 493. RENTAL PROPERTY VANCOUVER, WA (DOUBLE EAGLE MGMT, LLC) | C | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. RENTAL PROPERTY, VANCOUVER, WA (FIRST CUT MGMT, LLC) | A | Rent | L | W | | | | | |
| 495. RENTAL PROPERTY, VANCOUVER, WA (FRONT NINE MGMT, LLC) | C | Rent | J | W | | | | | |
| 496. RENTAL PROPERTY, VANCOUVER, WA (GARROW TRIDENT, LLC) | D | Rent | M | W | | | | | |
| 497. RENTAL PROPERTY, BROOKLYN, NEW YORK (KICK POINT, LLC) | E | Rent | M | W | | | | | |
| 498. RENTAL PROPERTY, VANCOUVER, WA (NORTH SIDE, LLC) | B | Rent | J | W | | | | | |
| 499. RENTAL PROPERTY, SUNNYBROOK, OR (PELICAN BAY MGMT, LLC) | C | Rent | M | W | | | | | |
| 500. RENTAL PROPERTY, ROCKLIN, CA (ROCKLIN NW, LLC) | A | Rent | L | W | | | | | |
| 501. RENTAL PROPERTY, VANCOUVER, WA (SILVER LAKE RV, LLC) | C | Rent | L | W | | | | | |
| 502. _____ TRUST - ABBOTT LABORATORIES (Y) | | | | | | | | | |
| 503. _____ TRUST - ALLIANZ NFJ INTL VALUE (Y) | | | | | | | | | |
| 504. _____ TRUST - AMERICAN GR FD OF AMERICA (Y) | | | | | | | | | |
| 505. _____ TRUST - BLACKROCK EQUITY DIVIDEND A (Y) | | | | | | | | | |
| 506. _____ TRUST - BLACKROCK EQUITY DIVIDEND I (Y) | | | | | | | | | |
| 507. _____ TRUST - BLACKROCK HI YIELD BOND PTF A (Y) | | | | | | | | | |
| 508. _____ TRUST - BLACKROCK HI YIELD BOND PTF INST | B | Dividend | K | T | Buy (add'l) | 09/19/13 | J | | |
| 509. _____ TRUST - CAI14 (Y) | | | | | | | | | |
| 510. _____ TRUST - COCA COLA CO | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 44

Name of Person Reporting

Christel, David W.

Date of Report

08/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. ▨ TRUST - DREYFUS INTL BOND I | A | Dividend | K | T | Buy (add'l) | 01/15/13 | J | | |
| 512. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 513. | | | | | Sold (part) | 05/30/13 | J | | |
| 514. | | | | | Sold (part) | 05/31/13 | J | | |
| 515. ▨ TRUST - EXXON MOBIL CORP | D | Dividend | N | T | | | | | |
| 516. ▨ TRUST - FIDEL ADV FLOATING RT HI INCOME I | A | Dividend | J | T | Buy (add'l) | 01/15/13 | J | | |
| 517. ▨ TRUST - FIRST EAGLE GOLD I (Y) | | | | | | | | | |
| 518. ▨ TRUST - FIRST TRUST DJ INTERNET IDX | | None | K | T | Buy | 01/07/13 | K | | |
| 519. | | | | | Buy (add'l) | 01/15/13 | J | | |
| 520. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 521. ▨ TRUST - FIRST TRUST EUROPE | A | Dividend | K | T | Buy | 10/17/13 | K | | |
| 522. | | | | | Buy (add'l) | 10/30/13 | J | | |
| 523. ▨ TRUST - FIRST TRUST HEALTH CARE ALPHA ETF | A | Dividend | L | T | Buy (add'l) | 03/05/13 | K | | |
| 524. ▨ TRUST - FIRST TRUST INDS/PRODS ETF | A | Dividend | K | T | Buy | 11/14/13 | K | | |
| 525. ▨ TRUST - FIRST TRUST SMALL CAP VALE | A | Dividend | K | T | Buy | 07/23/13 | K | | |
| 526. ▨ TRUST - GENERAL ELECTRIC CO | C | Dividend | M | T | | | | | |
| 527. ▨ TRUST - GOLDMAN SACHS GRW OPPORT I (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

Name of Person Reporting

**Christel, David W.**

Date of Report

08/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. ▆▆▆ TRUST - GUGGENHEIM RUSSELL TOP 50 MEG CAP ETF | | None | | | Sold | 01/15/13 | L | C | |
| 529. ▆▆▆ TRUST - GUGGENHEIM S&P 500 EQUAL WEIGHT | B | Dividend | M | T | Buy | 01/15/13 | K | | |
| 530. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 531. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 532. | | | | | Buy (add'l) | 05/07/13 | K | | |
| 533. ▆▆▆ TRUST - GUGGENHEIM SPIN OFF ETF | A | Dividend | K | T | Buy | 10/17/13 | K | | |
| 534. | | | | | Buy (add'l) | 10/30/13 | J | | |
| 535. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 536. ▆▆▆ TRUST - INDUSTRIAL SEL SEC SPDR FD | A | Dividend | | | Buy | 01/07/13 | K | | |
| 537. | | | | | Buy (add'l) | 01/15/13 | J | | |
| 538. | | | | | Sold | 03/22/13 | K | B | |
| 539. ▆▆▆ TRUST - INVESCO CONVERT SECURITIES A (Y) | | | | | | | | | |
| 540. ▆▆▆ TRUST - CONVERT SECURITIES Y | A | Dividend | | | Sold (part) | 02/26/13 | J | A | |
| 541. | | | | | Sold | 06/05/13 | J | A | |
| 542. ▆▆▆ TRUST - INVESCO INTL SMALL COMPANY Y | | None | | | Sold | 04/10/13 | K | A | |
| 543. ▆▆▆ TRUST - ISHARES 7-10 YR TREASURY BOND ETF | A | Dividend | | | Buy | 09/24/13 | K | | |
| 544. | | | | | Sold (part) | 11/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 44

Name of Person Reporting

Christel, David W.

Date of Report

08/05/2014

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold | 11/12/13 | K | | |
| 546. ░░ TRUST - ISHARES BARCLAYS TIPS BOND FUND | A | Dividend | | | Sold | 02/13/13 | J | | |
| 547. ░░ TRUST - ISHARES BARCLAYS 20+ YEAR TREASURY BOND | A | Dividend | | | Sold | 01/03/13 | K | | |
| 548. ░░ TRUST - ISHARES DOW JONES US CONS CYCLCL | A | Dividend | L | T | Buy | 03/07/13 | K | | |
| 549. | | | | | Buy (add'l) | 03/22/13 | K | | |
| 550. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 551. ░░ TRUST - ISHARES IBOXX INVEST GR CORE FUND | A | Dividend | J | T | Sold (part) | 03/08/13 | J | | |
| 552. | | | | | Buy (add'l) | 07/17/13 | J | | |
| 553. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 554. ░░ TRUST - ISHARES RUSSELL 1000 GR INDEX | | None | | | Sold | 02/26/13 | K | C | |
| 555. ░░ TRUST - ISHARES S&P MID CAP 400 GROWTH (Y) | | | | | | | | | |
| 556. ░░ TRUST - ISHARES S&P MIDCAP 400 INDEX | A | Dividend | K | T | Buy (add'l) | 01/15/13 | J | | |
| 557. | | | | | Sold (part) | 04/16/13 | J | B | |
| 558. ░░ TRUST - JOHN HANCOCK GLB ABS RET STR I | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 559. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 560. ░░ TRUST - JOHNSON & JOHNSON | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 561. _____ TRUST - JP MORGAN MID CAP (Y) VALUE A | | | | | | | | | |
| 562. _____ TRUST - JP MORGAN MID CAP (Y) VALUE S | | | | | | | | | |
| 563. _____ TRUST - MAINSTAY LARGE CAP GRW A (Y) | | | | | | | | | |
| 564. _____ TRUST - MAINSTAY MARKET FIELD I | A | Dividend | J | T | Buy | 07/09/13 | J | | |
| 565. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 566. _____ TRUST - MERCK & CO | A | Dividend | | | Sold | 02/11/13 | L | F | |
| 567. _____ TRUST - MORGAN STANLEY BANK ACCOUNT #1 (X) | A | Interest | J | T | | | | | |
| 568. _____ TRUST - MORGAN STANLEY BANK ACCOUNT #2 (X) | A | Interest | J | T | | | | | |
| 569. _____ TRUST - MORGAN STANLEY BANK #3 (X) | A | Interest | J | T | | | | | |
| 570. _____ TRUST - NEUBERGER BERMAN LG SH INST | A | Dividend | K | T | Buy | 10/16/13 | J | | |
| 571. | | | | | Buy (add'l) | 10/17/13 | K | | |
| 572. _____ TRUST - NUVEEN REAL ESTATE SEC FUND A (Y) | | | | | | | | | |
| 573. _____ TRUST - NUVEEN REAL ESTATE SEC FUND I (Y) | | | | | | | | | |
| 574. _____ TRUST - NUVEEN TRADEWINDS INTL VAL A (Y) | | | | | | | | | |
| 575. _____ TRUST - NUVEEN TRADEWINDS INTL VAL I (Y) | | | | | | | | | |
| 576. _____ TRUST - NUVEEN TRADEWINDS VAL OPPORT A (Y) | | | | | | | | | |
| 577. _____ TRUST - NUVEEN TRADEWINDS VAL OPPORT I (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 578. ▮▮▮▮ TRUST - PIMCO ALL ASSET ALL AUTHORITY P | C | Dividend | K | T | Sold (part) | 05/30/13 | J | | |
| 579. | | | | | Sold (part) | 05/31/13 | J | | |
| 580. | | | | | Sold (part) | 06/11/13 | J | | |
| 581. | | | | | Sold (part) | 06/21/13 | K | A | |
| 582. ▮▮▮▮ TRUST - PIMCO LOW DURATION P | A | Dividend | J | T | | | | | |
| 583. ▮▮▮▮ TRUST - PIMCO TOTAL RETURN P | A | Dividend | J | T | Sold (part) | 05/31/13 | J | | |
| 584. | | | | | Sold (part) | 06/21/13 | J | | |
| 585. ▮▮▮▮ TRUST - POWERSHARES QQQ TR | A | Dividend | | | Sold (part) | 02/26/13 | J | A | |
| 586. | | | | | Sold | 07/23/13 | K | C | |
| 587. ▮▮▮▮ TRUST - POWERSHARES S&P 500 BUY WRITE | A | Dividend | | | Sold | 05/22/13 | J | A | |
| 588. ▮▮▮▮ TRUST - PROCTER & GAMBLE | C | Dividend | M | T | | | | | |
| 589. ▮▮▮▮ TRUST - PROSHARES LARGE CAP CORE PLUS | B | Dividend | M | T | Buy | 01/04/13 | K | | |
| 590. | | | | | Buy (add'l) | 01/29/13 | K | | |
| 591. | | | | | Buy (add'l) | 03/05/13 | K | | |
| 592. | | | | | Buy (add'l) | 03/22/13 | J | | |
| 593. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 594. | | | | | Buy (add'l) | 06/18/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 595. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 596. ▩ TRUST - PROSHARES SHORT 20+ TREASURY | | None | | | Buy | 05/31/13 | J | | |
| 597. | | | | | Sold | 07/01/13 | J | A | |
| 598. ▩ TRUST - PRUDENTIAL SHT TRM CORP BOND Z | A | Dividend | J | T | Sold (part) | 01/29/13 | J | A | |
| 599. | | | | | Sold (part) | 03/07/13 | J | A | |
| 600. | | | | | Sold (part) | 04/10/13 | K | A | |
| 601. | | | | | Sold (part) | 05/31/13 | J | | |
| 602. | | | | | Sold (part) | 08/22/13 | J | | |
| 603. | | | | | Sold (part) | 09/05/13 | K | | |
| 604. | | | | | Sold (part) | 11/13/13 | J | | |
| 605. ▩ TRUST - ROYCE 100 FUND INVESTMENT (Y) | | | | | | | | | |
| 606. ▩ TRUST - ROYCE 100 FUND SERV (Y) | | | | | | | | | |
| 607. ▩ TRUST - SENTINEL GOVERNMENT SEC A | A | Dividend | | | Sold (part) | 03/05/13 | J | | |
| 608. | | | | | Sold | 06/10/13 | J | | |
| 609. ▩ TRUST - SKYBRIDGE MUL-ADSVR SER G ADV | | None | M | T | | | | | |
| 610. ▩ TRUST - SPDR GOLD TR GOLD SHS | | None | | | Sold | 04/11/13 | K | B | |
| 611. ▩ TRUST - TCW EMERGING MARKET INC I | B | Dividend | K | T | Sold (part) | 06/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Christel, David W. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 612. | | | | | Sold (part) | 06/12/13 | J | | |
| 613. | | | | | Sold (part) | 06/21/13 | J | | |
| 614. TRUST - TCW GALILEO EMERG MARKETS INC I | A | Dividend | J | T | | | | | |
| 615. TRUST - TCW TOTAL RETURN BOND I | B | Dividend | K | T | Sold (part) | 08/22/13 | J | | |
| 616. | | | | | Sold (part) | 09/05/13 | K | A | |
| 617. TRUST - TEMPLETON GLOBAL BOND FUND ADV | B | Dividend | K | T | Buy (add'l) | 04/10/13 | J | | |
| 618. | | | | | Sold (part) | 06/12/13 | J | | |
| 619. TRUST - THE FINANCIAL SEL SECT SPDR FD | A | Dividend | | | Buy | 05/30/13 | K | | |
| 620. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 621. | | | | | Buy (add'l) | 07/16/13 | J | | |
| 622. | | | | | Sold | 09/30/13 | K | A | |
| 623. TRUST - THE TECHNOLOGY SEL SPIDER FUND | A | Dividend | | | Sold | 01/07/13 | K | A | |
| 624. TRUST - THORNBURG DEVELOPING WORLD I | A | Dividend | K | T | Buy | 02/04/13 | K | | |
| 625. | | | | | Sold (part) | 06/18/13 | J | A | |
| 626. | | | | | Sold (part) | 07/01/13 | J | | |
| 627. TRUST - THORNBURG INTL VALUE I (Y) | | | | | | | | | |
| 628. TRUST - TOUCHSTONE MERGER ARBITRAGE Y | B | Dividend | L | T | Buy | 02/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 629. | | | | | Buy (add'l) | 02/28/13 | K | | |
| 630. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 631. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 632. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 633. | | | | | Buy (add'l) | 06/21/13 | K | | |
| 634. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 635. ▓▓▓ TRUST - VANGUARD MSCI EMERGING MARKETS (Y) | | | | | | | | | |
| 636. ▓▓▓ TRUST - VIRTUS INSIGHT EMERG MARKETS I | | None | | | Sold | 02/04/13 | K | C | |
| 637. ▓▓▓ TRUST - WELLS FARGO SH TM HI YIELD BOND AD | A | Dividend | J | T | | | | | |
| 638. ▓▓▓ TRUST - WISDOMTREE EQUITY INCOME FUND | B | Dividend | | | Sold | 08/22/13 | L | D | |
| 639. ▓▓▓ TRUST - WISDOMTREE TRUST JAPAN HEDGE EQ | A | Dividend | L | T | Buy | 04/10/13 | K | | |
| 640. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 641. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 642. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 643. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 644. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, lines 502 through 643 - These assets are held as Trustee of the ▮▮▮▮▮▮▮▮▮▮ Trust dated June 6, 1989. The Trustee position is identified under Part I, line 3.

2) Part VII, line 497, the rental property is now located in Brooklyn, New York  v. Vancouver, WA, due to a tax free IRC 1031 exchange.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David W. Christel**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544